IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCELLIONS D. JOHNSON,

     Petitioner,

 v.
                                      Case No. 5D23-1382
                                      LT Case Nos. 2022-CF-1200-A
                                              2022-CF-0393-A

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed June 23, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Marcellions D. Johnson, Sanford, pro se.

No Appearance for Respondent.


PER CURIAM.

     DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) ("If

a petition clearly indicates that the petitioner is represented by counsel in the

pending criminal proceeding, and the petitioner does not unequivocally seek

to discharge counsel in that proceeding by way of the petition, the petition will be dismissed as unauthorized.").

MAKAR, JAY and WALLIS, JJ., concur.